DUPLICATE ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ACCELECARE WOUND CENTERS INC.,                  08 CIV. 8351 (DLC)

                Plaintiff,         ORDER OF
                                   CONSOLIDATION

    -v-

THE BANK OF NEW YORK; AMICUS HYPERBARIC
GROUP, LLC; AMICUS MEDICAL GROUP, LLC;
AMICUS WEST TEXAS HYPERBARIC, LP;
AMICUS TEXAS HYPERBARIC, LP; AMICUS
ARIZONA HYPERBARIC, LP; AMICUS SOUTH
TEXAS HYPERBARIC, LP; AMICUS VALLEY
HYPERBARIC, LP; and JOHN R. HEDRICK,

                Defendants.

------------------------------------

AMICUS HYPERBARIC GROUP, LLC,                   08 Civ. 11314 (DLC)

                Plaintiff,

    -v-

ACCELECARE WOUND CENTERS INC.,

                Defendant.

------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the Clerk of Court is directed to consolidate the above actions for all purposes under the docket number of the lead case 08 Civ. 8351.

    SO ORDERED:

Dated:    New York, New York
         May 4, 2009

                                    _____
                                    Denise Cote
                               United States District Judge